Henrik Mosesi, Esq. (SBN: 189672)
Pillar Law Group APLC
150 S. Rodeo Drive, Suite 260
Beverly Hills, CA 90212
Tel.:  310-999-0000
Fax:  888-667-5482
Henry@Pillar.law
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 107.216.182.37,<br><br>　　　　　　　Defendant. | Case Number: 2:16-cv-01708-JAM-KJN<br><br>**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

　　　　Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

　　　　1.　　This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their internet service provider ("ISP").

　　　　2.　　On September 28, 2016, Plaintiff filed its *Ex-Parte* Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference [CM/ECF 15] in order to serve a third party subpoena on Defendant's ISP.

3.     On October 11, 2016, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, AT&T Internet Services, to obtain the Defendant's identifying information [CM/ECF 17]. Plaintiff issued the subpoena on October 11, 2016, and expects to receive the ISP's response on or about January 19, 2017.

4.     Pursuant to Fed. R. Civ. P Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than October 22, 2016.  Because the Defendant's identity remains unknown, Plaintiff is unable to comply with the current service deadline.

5.     Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on the Defendant be extended until at least forty-five (45) days after it expects to receive the ISP's response, or until March 5, 2017.

6.     This motion is made in good faith and not for the purpose of undue delay.

7.     None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended until March 5, 2017. A proposed order is attached for the Court's convenience.

Dated: October 19, 2016

Respectfully submitted,

By: */s/ Henrik Mosesi*
Henrik Mosesi, Esq.
PILLAR LAW GROUP, APLC
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Henrik M. Mosesi*
HENRIK M. MOSESI, ESQ.

2