# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br>    Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 107.216.182.37, <br><br>    Defendant. | Case Number: 2:16-cv-01708-JAM-KJN <br><br> **ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:   Plaintiff's Motion is granted. Plaintiff shall have until March 5, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 19th day of October, 2016

/s/ John A. Mendez
**UNITED STATES DISTRICT COURT JUDGE**